BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant TORRES-VERDUZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  No. CR 10-00624-DLJ |
| | ) | |
| Plaintiff, | ) | **ORDER** CONTINUING STATUS HEARING TO SEPTEMBER 28, 2010 |
| | ) | |
| vs. | ) | |
| | ) | |
| LUIS MIGUEL TORRES-VERDUZCO, | ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing and by stipulation of the parties in the above-captioned matter, it is hereby ordered that the hearing on the defendant's motion to dismiss shall be continued from September 7, 2010 to September 28, 2010, at 9:00 a.m., and further ordered that the period of delay from September 7, 2010 through and including September 28, 2010, is excluded for purposes of  Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: September 2, 2010

_____
HONORABLE, D. Lowell  Jensen
United States District  Judge

ORDER CONTINUING HEARING
No. CR 10-00624-DLJ                                1