MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile:  (408) 535-5066
   Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-00624 DLJ |
|    Plaintiff, ) | STIPULATION AND  ORDER EXCLUDING TIME FROM January 21, 2011 THROUGH JANUARY 25, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. ) | |
| LUIS MIGUEL TORRES-VERDUZCO, ) | |
|    Defendant. ) | |

      The Parties, Luis Miguel Torres-Verduzco, and the United States, acting through respective counsel, hereby stipulate that the time between January 21, 2011 and January 25, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the

//

//

prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 21, 2011                    MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           BRADLEY D. PRICE
                                           Assistant United States Attorney


                                           ___/s/_____
                                           SCOTT FREWING
                                           Attorney for Defendant

**ORDER**

The Court Hereby ORDERS that the time between January 21, 2011 and January 25, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 25, 2011

_____
D. LOWELL JENSEN
United States District Judge