Scott H. Frewing, State Bar No. 191311
Ethan S. Kroll, State Bar No. 274157
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.frewing@bakermckenzie.com
ethan.kroll@bakermckenzie.com

Attorneys for Defendant
Luis Torres-Verduzco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Luis Torres-Verduzco,<br><br>            Defendant. | **Case No. CR-10-00624-DLJ**<br><br>**STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME FROM JANUARY 25, 2011 THROUGH FEBRUARY 1, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION** |

IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the status conference scheduled for January 25, 2011 at 9:00 am shall be continued to February 1, 2011 at 9:00 am.  The basis for the continuance is that prior to being appointed to represent the defendant in this matter, counsel for the defendant had scheduled an administrative hearing on January 24-25, 2011 in Cleveland, Ohio.  Furthermore, it is hereby stipulated between the parties that the time between January 25, 2011 and February 1, 2011 is excluded under the Speedy Trial Act, 18.U.S.C. § 3161.

It is so stipulated.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CR-10-00624-DLJ
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME

Dated: January 21, 2011

Respectfully submitted,

BAKER & McKENZIE LLP

By: /s/ Scott H. Frewing
Scott H. Frewing
Attorneys for Luis Torres-Verduzco

Dated: January 21, 2011

By: /s/ Bradley D. Price
Bradley D. Price
Special Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the status hearing, currently scheduled for Tuesday, January 25, 2010 at 9:00 a.m. shall be vacated, and the new hearing date shall be February 1, 2010 at 9:00 a.m.

The Court also hereby ORDERS that the time between January 25, 2011 and February 1, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and

///
///
///
///
///
///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No CR-10-00624-DLJ
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME

in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated:  January 25, 2011                    By:_____
                                                    D. LOWELL JENSEN
                                                    UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No CR-10-00624-DLJ
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME